UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
|---|---|---|
| Plaintiff, | ) | 3:19-CR-00507-L-1 |
| v. | ) | |
| SEKHAR RAO, | ) | |
| Defendant. | ) | |

## DEFENSE WITNESS LIST

Defendant, Sekhar Rao, through undersigned counsel, hereby submits his initial witness list and reserves the right to call anyone listed on the Government's witness list.

| 1 | Sekhar Rao | Possible Fact Witness |
|---|---|---|
| 2 | Dr. Santi Kommareddy | Possible Fact Witness |
| 3 | Aleksandra Regan, PA | Potential Character Witness |
| 4 | Don Mike Cortezano, RN | Potential Character Witness |
| 5 | Maritess Purganon, RN | Potential Character Witness |
| 6 | Roberto Lemus, RT | Potential Character Witness |

Respectfully submitted,

<u>/s/ Franklyn Mickelsen</u>
Franklyn Mickelsen
TX Bar No. 14011020
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
(214) 720-9552
(214) 720-9594 (facsimile)
mick@texascrimlaw.com

Attorney for Defendant
Sekhar Rao

**CERTIFICATE OF SERVICE**

I, Franklyn Mickelsen, certify that on October 5, 2021, I caused the foregoing document to be served by the electronic case filing system (ECF) on all counsel of record.

/s/ Franklyn Mickelsen
Franklyn Mickelsen